372

1                           Spiliotes

2          things.

3                    MR. RUSSO:  Objection.

4                    MR. BETANCOURT:  You're

5          asking --

6                    MR. RUSSO:  I object to you

7          interrupting the questioning.

8          You're not questioning him.

9                    If you want to question him

10         on cross-examination you can but

11         don't interrupt.

12                   MR. BETANCOURT:  Are you

13         done with your answer?

14                   THE WITNESS:  Not yet but I

15         don't remember everything I do

16         there.

17         A.    I do many things there.  The

18    Minerva mostly and Themamares, I do everything,

19    just name it.  I was their representative on

20    East Coast.

21         Q.    All right.

22         A.    Any time they need something they

23    call me.

24         Q.    Whose representative?

                                        Exhibit A

25         A.    Minerva and Themamares.

MEL WINTER & ASSOCIATES  (212) 925-1222

373

```
 1                        Spiliotes
 2         Q.        Okay.
 3         A.        Any time they need something, was
 4    me.  They didn't need nobody else here because
 5    they had -- before they used to have an office
 6    here.  I don't know if you're aware of that.
 7    Themamares used to have an office here before
 8    called Transworld.
 9              So because they didn't want to
10    pay the taxes, the IRS was after them, they
11    closed the office.  I don't know if -- excuse
12    me, and then they got me.
13         Q.        You're going beyond my question.
14         A.        No, I'm not going.  This is port
15    captain job.
16         Q.        I want to know --
17              MR. BETANCOURT:  The
18              question is what do you do, what
19              have you done as a port captain.
20              MS. VAN HEMMEN:  I think
21              he's trying to answer it.
22         A.        I'm trying to answer, you know.
23    This is part of the port captain job.  They
24    hired me with my company to do their business.
25         Q.        Okay.
```

1                           Spiliotes

2          Q.      All right.  But you were doing

3    them under the auspices of Worldwide Services,

4    correct?

5          A.      Yes, but this brochure here is

6    not only for Minerva and Themamares, it's for

7    everybody.

8          Q.      For everybody, right.

9          A.      Other companies.

10         Q.      Right.

11                 So you were offering port captain

12   services for everybody --

13         A.      To supplement my income, yes.

14         Q.      -- correct, including Minerva and

15   Themamares?

16         A.      Minerva and Themamares I had a

17   special, a special deal with.

18         Q.      Where -- do you have any writing

19   or any contract to indicate that you had a

20   special deal with Worldwide -- with Minerva or

21   Themamares?

22         A.      I don't know.

23         Q.      Tell me about Worldwide --

24                 MR. BETANCOURT:  Take a look

25            at this document before you answer

383

1                         Spiliotes
2          that question.   Take a look at the
3          whole thing in that document,
4          Exhibit 11.
5                    THE WITNESS:   I know this
6          thing.   I wrote it.
7                    MR. BETANCOURT:   Take a look
8          at this entire document,
9          specifically the last page.
10         A.     Mr. Russo, you see here are my
11    rates for everybody.
12         Q.     Right.
13         A.     But here on the last page it says
14    Themamares ships only, it say same for Minerva,
15    for attendance.   This not for other ships,
16    that's a special deal.
17         Q.     Right.   Right.
18         A.     Okay.   For attendance I show
19    aboard vessel for any survey, agency or
20    agency --
21                    THE WITNESS:   What's says
22         here?
23                    MS. VAN HEMMEN:   Capacity.
24         A.     Capacity, that's the rate.   This
25    is for two days or part thereof, $100.   I was

MEL WINTER & ASSOCIATES  (212) 925-1222

1                       Spiliotes
2    charging them $1500 for two days or part
3    thereof and after I would charge them $100 per
4    day.  Other companies I would charge them much
5    more.
6            Q.      Okay.  So you had -- this
7    addendum here, this is in your handwriting,
8    isn't it?
9            A.      This is my handwriting.  The one
10   on the left is not my handwriting.
11           Q.      Is not your handwriting.
12           A.      Where it says same for Minerva,
13   somebody from Minerva wrote it.
14           Q.      All right.  But except for that
15   it's in your handwriting, correct?
16           A.      The one on the right, yes, sir.
17           Q.      Yes, okay.
18                   All right.  So that says here
19   that Themamares ships only, for attendance
20   ashore, aboard vessel and any surveying or
21   agency capacity, right?
22           A.      Yes.
23           Q.      $1500 for the first two days or
24   part thereof and $100 each additional day or
25   part thereof plus costs and I guess and

410

```
 1                    Spiliotes
 2         question.
 3                  Did you finish your answer?
 4                  MR. RUSSO:   What was the
 5         question?
 6                  MR. BETANCOURT:   Let's read
 7         it back.   Let's read back the
 8         question and the answer.
 9                  (The record was read)
10                  MR. BETANCOURT:   Were you
11         done with your answer?
12         A.       Yes, I just want to say that
13   Captain Nick Vezertzis, he come from
14   Themamares.   He used to be port captain with
15   Themamares before.   He knew the deal I had with
16   Themamares before and he continue using me with
17   Minerva under the same -- with the same deal,
18   you know, like Themamares.
19         Q.       Okay.
20         A.       That's all.
21         Q.       All right.   Mr. Spiliotes, you
22   mentioned in your -- in this advertisement that
23   you had sent, you know --
24         A.       My brochure.
25         Q.       Brochure, right, excuse me,
```

411

1                        Spiliotes

2    brochure.

3                    -- to various other shipping

4    companies.

5                    In addition to Themamares and

6    Minerva, what other shipowners or shipping

7    companies did Worldwide do business with?

8         A.    I can't tell you now names but it

9    was several of them.  They call and they -- I

10   was doing work, you know.

11        Q.    So about how many others would

12   you say you were doing work for?

13        A.    Three or four, one or two.  I

14   don't know.

15        Q.    Did you ever do work --

16        A.    Maybe one time -- I don't --

17   maybe they call you one time when they need you

18   when I was troubleshooting.  I was doing

19   everything I do with Themamares with Minerva

20   but I was going there for troubleshoot.

21                    Like not too long ago, I went to

22   a ship here in Bayonne at Golden Terminal, was

23   discharging at Golden Terminal, and the other

24   ships passing by there on the kills and they

25   bust his lines, you know.  A good thing they

412

1                           Spiliotes

2     disconnect fast, otherwise we would have a

3     spill.

4          Q.      All right.  Who were you

5     working -- who was Worldwide working for at

6     that time?

7          A.      I wasn't working for anybody.  I

8     just receive a call.  They know my name in the

9     market.

10                 So they sent me down there and I

11    called the Coast Guard and I told them to tell

12    the pilots to slow down when they're

13    approaching the Golden Terminal.  This is what

14    they did, you know.

15                 And after that we give some extra

16    lines out, mooring lines, and I went back home.

17         Q.      This was not for Minerva, though,

18    right?

19         A.      No.  No, it was not for Minerva.

20         Q.      It was not for Themamares either?

21         A.      No, they don't give --

22         Q.      Who was it for that you did the

23    work for?

24         A.      It was a company called Ranger

25    Marine.

413

1                        Spiliotes

2        Q.        Ranger Marine.   Okay.

3                  So you do work for Ranger Marine.

4   You've done work before that, too, right?

5        A.        Yes, very few, maybe once a year.

6        Q.        Right.

7                  And you've also done work for

8   Stelmar, right?

9        A.        Yes.

10       Q.        All right.   How much work have

11  you done for Stelmar, how long have you been

12  doing work for Stelmar?

13       A.        Not very long.   A few ships.

14       Q.        How many years ago did you stop

15  working for Stelmar?

16       A.        I think last year I think.

17       Q.        And what about Eletson, you've

18  done work for Eletson also, right?

19       A.        Eletson, Eletson, I don't think

20  so.   I didn't work for Eletson.   Maybe I did.

21       Q.        You don't recall ever working --

22       A.        I don't recall, no.

23       Q.        And these were all work that you

24  would have done --

25       A.        No, I don't think I did for

414

1                    Spiliotes

2   Eletson.  I like to but I didn't.

3         Q.     Okay.  You would like to do work

4   for Eletson, right?

5         A.     Sure.

6         Q.     Have you sent them a brochure?

7         A.     I don't remember.  I didn't send

8   myself, you know, my wife send the brochures,

9   you know.

10        Q.     Okay.  What about P&I Clubs, what

11  P&I Clubs have you worked for?

12        A.     Oh, yes, I work for UK quite a

13  bit.

14        Q.     All right.  UK through Worldwide?

15        A.     Of course.

16        Q.     Okay.  What type of work do you

17  do for the UK club?

18        A.     Every time they had a problem on

19  a tanker --

20        Q.     They would call you?

21        A.     -- some spillage or some

22  attending the discharge, they call me and they

23  send me a notice.  I was down Delaware.  I did

24  with the UK, I did quite a bit of work.

25        Q.     And over how many years have you

415

1                    Spiliotes

2     done work -- has Worldwide done work for UK?

3          A.     Oh, about three, four years.

4          Q.     Any particular individual at the

5     UK club that you deal with?

6          A.     He retired now.  Maybe you know

7     him, Jim Baker.  You know him?

8          Q.     Anybody else?

9          A.     He was a classmate.

10         Q.     Of me, no.

11         A.     He's older than you.  Okay.  He

12    retired now.  He used to live in Las Vegas, the

13    guy.

14         Q.     Anybody else?

15         A.     John Devine.

16         Q.     John Devine.  All right.

17                What about Lignos, have you ever

18    done any work for Lignos?

19         A.     Oh, yes, I did surveys a long

20    time ago, not now.

21         Q.     For Worldwide?

22         A.     Yes.  Yes, because the guy's dead

23    now, the company is dissolved.

24         Q.     Yes.

25         A.     So I did -- I work.  I simply met

416

1                          Spiliotes
2    my income, Mr. --
3         Q.      But you did all this through
4    Worldwide Marine Services, correct?
5         A.      I don't understand when you say
6    to Worldwide Marine Services because --
7         Q.      All the --
8         A.      -- the guys call my office and I
9    go down.  When I send them the bill, I send
10   them a bill to Worldwide.
11        Q.      And they pay you as Worldwide?
12        A.      Yes, they pay me as Worldwide,
13   yes, sir.
14        Q.      What about Skuld, did you do any
15   work for them?
16        A.      Never.
17        Q.      No?
18        A.      Although my son-in-law used to
19   work there.  Never.
20        Q.      All right.  All right.  I want --
21   before we -- we were looking at the
22   counterclaim, if you recall.
23        A.      Counterclaim, here?
24        Q.      Yes.
25        A.      This one?

505

1                          Spiliotes

2              marked as an exhibit.  This is the

3              1099s for Worldwide for 2002.

4                      (Plaintiff's Exhibit 18,

5              2002 1099 forms, marked for

6              identification, as of this date.)

7    BY MR. RUSSO:

8              Q.    I show you -- before I show you

9    this exhibit, does your accountant keep records

10   of how many hours each person works?

11             A.    I don't know about that,

12   Mr. Russo.

13             Q.    Well, where are those records

14   kept so you know how much to pay them?

15             A.    I had a piece of paper like this

16   and put down.  They go to the airport, how many

17   hours, five hours times 35, I pay him.

18             Q.    Where do you keep those papers?

19             A.    I don't know where they are.

20             Q.    Well, how does your accountant

21   know how much to pay them if you don't give

22   him -- do you give him those papers?

23             A.    I don't know if I give to him or

24   I told him.  I'm not sure.

25             Q.    Okay.  Okay.  These are 1099s for

MEL WINTER & ASSOCIATES  (212) 925-1222

506

```
 1                    Spiliotes
 2     Worldwide Marine for 2002.  Now, this is closer
 3     in time, right?
 4            A.     Yes, sir.  Yes, sir.
 5            Q.     So you should have a better
 6     recollection about this one, right?
 7            A.     Yes, sir.
 8            Q.     Okay.
 9            A.     Let's see what's in here now for
10     2002 Worldwide.
11            Q.     The first page of this exhibit,
12     the 1099 for Worldwide, Worldwide paid you
13     $24,000 --
14            A.     Right.
15            Q.     -- correct?
16                   That's for the work you did for
17     them, correct?
18            A.     Yes, I won't argue with him.
19            Q.     All right.
20            A.     No, that's not so.
21            Q.     Well, what did they pay you
22     $24,000 for?
23            A.     For the work for -- I did for
24     them from before because Minerva owe me a lot
25     of money when they fire me.  They give to me
```

MEL WINTER & ASSOCIATES (212) 925-1222

690

```
 1                      Spiliotes
 2     and I was doing everything, everything a port
 3     captain does.
 4            Q.      You spoke with Mr. Russo about
 5     TVEs.
 6            A.      Yes.
 7            Q.      Can you tell us what TVE stands
 8     for?
 9            A.      TVE is tanker vessel examination.
10            Q.      Who performs TVEs?
11            A.      The U.S. Coast Guard.
12            Q.      Can you tell us your
13     involvement -- well, did Minerva -- did the
14     U.S. Coast Guard perform any TVEs on Minerva
15     vessels when they called on the East Coast of
16     the U.S.?
17            A.      Yes, they do that on a yearly
18     basis.
19            Q.      Did you have any involvement in
20     those tanker vessel examinations or TVEs?
21            A.      Yes.
22            Q.      Can you describe for us the
23     extent of the involvement you had?
24            A.      I talk to the captain first, day
25     before usually before the TVE, and I ask him if
```

Spiliotes

1
2     the lifeboats are okay to be lowered and if the

3     motors are running, and if they don't, I always

4     do it from the boat that time.

5               I ask him also if all entries are

6     made.  He told me yes, yes.  For example, this

7     ship, on the AMPHITRITE I'm talking about now,

8     he said yes, we have everything under control,

9     we lower the lifeboats a couple days ago, the

10    lifeboats go down.

11              I said you make entries in the

12    logbook.

13              Yes, of course I did.

14              So the next day the Coast Guard

15    come aboard to perform a TVE and he started

16    with the fire drill.  The crew was very slow.

17              And then after the fire drill, he

18    went over to do the boat drill.  He tried to

19    lower one of the lifeboats, I think it was a

20    starboard -- port lifeboat or starboard, I

21    don't remember which one, and the lifeboat

22    didn't go down.

23              So I look at the captain, I said

24    look, you told me that a couple days ago you

25    lowered.

```
 1                    Spiliotes
 2              He says you know what, he says,
 3   these lifeboats, they haven't gone down for six
 4   months.
 5              So if he was telling me that
 6   night before I was going to have another fire
 7   aboard the night before, you know, I think the
 8   lifeboats go down.
 9              So when I see that, I call
10   Minerva.  That's what I was there for, that's
11   what my job was for, that's what a port captain
12   does.
13              I didn't tell the captain
14   anything.  I called Minerva, I told Minerva.  I
15   talked to Captain Dallaris and I said the ship
16   were detained.
17              So Dallaris talked to Giuseppe,
18   and I don't know what they talk about or what
19   Giuseppe was screaming.  He says I quit, I'm
20   not going to sail the ship no more, you know.
21              So Dallaris talk back to me, and
22   the ship was going back to finish discharging
23   there, was going to Philadelphia to load.
24              So Dallaris call me back and he
25   says look, says, you go on the ship to
```

712

1                         Spiliotes
2      they knew what I was doing and they didn't
3      instruct me more.
4                       But the first couple of years I
5      would say they would send from the telephone
6      instructions what to do there on that ship.
7           Q.       Did you understand what Minerva
8      wanted you to do?
9           A.       Oh, yes.
10          Q.       I believe you testified, captain,
11     that you had a special arrangement, a
12     relationship with Minerva Marine and
13     Themamares.
14          A.       Yes, that's the same company.
15          Q.       Okay.  Can you tell us why you
16     felt you had a special relationship with
17     Minerva Marine and Themamares as opposed to the
18     other people you worked for, Ranger Marine?
19          A.       Yes, because these two companies,
20     they will give me steady employment and then I
21     told them, I says, 750 per day for the first
22     two days and $100 each additional day and that
23     was my special arrangement with them because
24     they give me all their ships on the East Coast.
25                      Now, the extra work I was doing

1                    Spiliotes

2    job?

3                    MR. BETANCOURT:   Note my

4         objection, please.

5         Q.      Correct, they didn't say --

6         A.      The TVE inspection, I don't do

7    the job, the Coast Guard does the job.

8         Q.      All right.

9         A.      But if it's something else, for

10   example, let me give you an example, to repair

11   the radar, for example, which I know quite a

12   bit about repairing radars but I had to call an

13   agency.

14        Q.      An independent, somebody else to

15   do it?

16        A.      Yes, but Minerva has engineers

17   down there who they know about radars, too.

18   The engineers go on the phone, they tell me

19   look, you have to do this, you have to do that,

20   you have to do that, you know, in order to

21   repair that radar.

22        Q.      All right.  But you wouldn't do

23   it, you would hire somebody else?

24        A.      Yes, I was hiring somebody else.

25        Q.      Right.  Right.

723

1                          Spiliotes

2                But when you're doing, you know,

3      your job on board the ship, say like going

4      aboard the MINERVA JULIE to do the protection

5      job on the discharge --

6          A.      Protection job, what's that?

7          Q.      You know, to supervise the

8      discharge of the ship.

9          A.      Yes.

10         Q.      All right.  Minerva doesn't tell

11     you how to do that, do they?

12                MR. BETANCOURT:  Note my

13         objection, please.

14         A.      Well, Minerva knows that I know

15     how to do that.

16         Q.      Right.

17         A.      However, they tell me be careful,

18     they tell me what to be careful.  They tell me

19     look, watch the pressure don't go higher than

20     this or make sure that all the lines on the

21     ship that stop it to so much pressure, to

22     withstand so much pressure.  They give me

23     instructions.  I didn't do it myself, no.

24         Q.      Where did they give you these

25     instructions, did they write them to you?

MEL WINTER & ASSOCIATES (212) 925-1222

724

1                    Spiliotes

2        A.      Most of it by phone.

3        Q.      Most of it by phone.

4                So you have nothing in writing

5    about instructions like that?

6                MR. BETANCOURT:  Note my

7                objection, please.

8        A.      I may have some.  I don't know.

9    I don't know.  I may have some.

10       Q.      All right.  But your brochure

11   says that you're an expert, that you know how

12   to do all these things?

13       A.      Yes, I know how to do all these

14   things.

15               MR. BETANCOURT:  Note my

16               objection.

17       Q.      So you don't need anybody to tell

18   you how to do that?

19       A.      But that's their ships and they

20   tell me how to do it.  That's their ships.

21   They are careful what I was doing on the ship.

22   I was their port captain but they would

23   instruct me on how to do it, how to do things.

24       Q.      Give me an example, a specific

25   example of something that they instructed you

725

```
 1                     Spiliotes
 2   specifically to do on board the MINERVA JULIE
 3   on September 24th - September 26th, 2001.
 4         A.     Well, we didn't have any problems
 5   there except the incident we had with the chief
 6   mate.
 7         Q.     All right.
 8         A.     So if you had any problem --
 9   excuse me, Mr. Russo, if we have any problem, I
10   call them up and they tell me look, do this, do
11   that, do that, you know.
12         Q.     If you have a problem you call
13   them up?
14         A.     I call him up I says, yes.
15         Q.     All right.  And no one told you
16   that you couldn't go home, for example, when
17   you left the ship during that discharge, nobody
18   from Minerva?
19                You didn't have to tell anybody
20   from Minerva in Greece that I want permission
21   to leave the ship to go home, do you?
22                MR. BETANCOURT:  Note my
23                objection, please.
24         A.     I don't call them because they
25   know I'm there all the time.
```

MEL WINTER & ASSOCIATES  (212) 925-1222