

# WORLDWIDE MARINE SERVICES INC.
## SHIP'S AGENTS & BROKERS
### MARINE TECHNICAL & ENVIRONMENTAL CONSULTANTS

| | | | |
|---|---|---|---|
| Captain J. Spiliotes | Phone (201) 886-0861 | Pager (201) 698-1734 | **Mailing Address:** |
| USCG Lic. Master Mariner | Fax (201) 886-8976 | Telex: 6505969944 | P.O. Box 2016 |
| Unlimited | | | Fort Lee, N.J. 07024, USA |

March 2 1999

MINERVA MARINE INC.
141-143 Vouliagmenis ave.& Aiolou street
VOULA - ATHENS 166 73, GREECE

**Attention:** Captain Nicholas Chr. Vezirtzis

Re: M/T SEAMUSIC III _ Discharge attendance
ROB Survey and Port agency coordination.
-------------------------------------------
Dear Captain Nicholas

In accordance with your instructions, we attended aboard the above named vessel, in order to assist and recommend methods and procedures, during discharge and to ascertain quantities aboard prior to and at completion of discharge, observe discharge rates and rail pressures and issue proper certificates at completions.

Further we expedited and controlled SAFE OPERATIONS, prevented any loss of the liquid cargo and protested all discrepancies.

We trust that our report will be useful to your company. Further please be advised that the attached invoices are for our fees attending the vessel's discharge operations/Inspections & ROB's.

We are very appreciative of your continued business and if we may be of any further assistance regarding any aspect of the shipping industry we will be more than happy to render our services.

Best Regards

Captain Jim Spiliotes.

JS/jj.
Encl.

Exhibit C

Liquid cargo Transfer supervision - Petroleum Loss Control / Expediters - Outturn & Bil. Surveys - Rob's - Lighterings - IGS/COW - Oil Pollution Prevention studies - Deadweight - Condition - On/Off Hire - Charter Party Compliance - P&I Investigations - Draft Surveys - Expert Testimony in Arbitration and court Litigation - Cargo calculations - Grain - Ore - Scrap - Ship repairs and maintenance arrangements - Pre-Purchase Surveys - Owners Representative - Post Captain Services - Contingency Response Plans OPA90 - Q.I. OPA90.
CONSULTANT SERVICES TO SHIP OWNERS & FLEET OPERATORS.

MIN 002300

```
#  (OUTG)
#  CA 2018868976          03.01.01 15:46 hrs          Comtext

F023
MINERVA MARINE ATHENS 03.01.01 17:44                    VO18

SI/OPS

TO : WORLDWIDE MARINE

M/T MINERVA ZEN

PLS ARRANGE USCG VSL'S INSPECTION AT NY IN ORDER TO RENEW TVEL.

BEST REGARDS

NNNN
#  CA 2018868976

OP/SQ/
```

Exhibit D

MIN 001993



## WORLDWIDE MARINE SERVICES INC.

300 Winston Towers, L22
Cliffside Park, N.J. 07010
USA

**SHIP'S AGENTS & OPERATORS**
**MARINE TECHNICAL & ENVIRONMENTAL CONSULTANTS**

| | | | |
|---|---|---|---|
| Captain J. Spiliotes | Phone (201) 886-0861 | Mobile Phone (201) 315-9473 | **Mailing Address:** |
| USCG Lic. Master Mariner | Fax (201) 886-8976 | Telex: 6505969944 | P.O. Box 2016 |
| Unlimited | | | Fort Lee, N.J. 07024, USA |

VESSEL:     **M/T MINERVA LIBRA ~**                         DATE:

LOCATION:   **@ Portland Maine**

                                                       **July 30ᵗʰ 2002**

TO:

        **Captain John Zigiris**
        **MINERVA MARINE INC.**
        141 - 143 Vouliagmenis & Aiolou street
        Voula-Athens 166 73-Greece

DATE                 **INVOICE #**  TKR /2002                AMOUNT

---

FEES:           FOR PROFESSIONAL SERVICES

11/21/2000   Emergency Co-ordination of USCG TVE Inspection.
11/22/2000
11/23/2000
             Two days @ $ 750.00 per day=        $ | 1,500.00
             One day @ $ 100.00 per day=         $ |   100.00


EXPENSES:




                                        . . . . .  $ | 1,600.00

TOTAL FEES AND EXPENSES:
    *"THANK YOU"*


"SERVING TO SERVE AGAIN"              WORLDWIDE MARINE SERVICES INC.

---

                 TERMS: NET UPON RECEIPT
        PAYABLE TO WORLDWIDE MARINE SERVICES INC.
   AFTER 30 DAYS: 1½% PER MONTH INTEREST WILL BE CHARGED FOR ALL OUTSTANDING ACCOUNTS

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

\* *TVE* \*   attention; KEN LUTHER

## UNITED STATES COAST GUARD
## VESSEL BOARDING REPORT

DATE: 21 SEP 00

VESSEL NAME: AMPHITRITE                    VESSEL TYPE: T/V

CALL SIGN: 9HJ55   GT: 41766   YEAR BUILT: 1986   FLAG: MT

BOARDING PORT: NYCMI                    PS CASE NUMBER: B00082070

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | ⊗ | ⊗ | ⊘ | ⊘ |

| Deficiency Description | Deficiency Citation | Action Taken or Required |
|---|---|---|
| 1) PORT LIFEBOAT BRAKE RELEASE FROZEN. | SOLAS REG. 11 CH. 1 | CORRECT TO SATISFACTION & CLASS PRIOR TO 22SEP00. |
| 2) RETRO TAPE ON BOTH LIFEBOAT DETERIORATED. | SOLAS CH. 1 REG. 11 | CORRECT PRIOR TO 22SEP 00. |
| 3) PORT SIDE FORWARD LIFELINE STENCIUL IS UNREADABLE | SOLAS CH. 3 REG. 7.2.1 | CORRECT PRIOR TO 22SEP 00. |
| 4) TEMP. REPAIRS HAVE BEEN MADE TO STBD. LIFEBOAT HULL. | SOLAS CH. 1 REG. 11 | CORRECT TO SATISFACTION & CLASS PRIOR TO 22SEP 00. |
| 5) MAGNETIC COMPASS IN STEERING GEAR ROOM OUT OF CALIBRATION | SOLAS CH 5 REG. 12 | CORRECT PRIOR TO 21OCT 00. |

Copy delivered to: KAZEPIS  VASILEIOS          MASTER
                        *(Master/Mate Printed Name)*                    *(Position)*

Boarding
Officer: JOHN H. DIETZE BM3/R. A. Castillo   BM3/R. A. Castillo
                *(Printed Name)*                                *(Signature)*

COMMANDER, U.S. COAST GUARD
Activities New York
Port State Control (Vessels)
212 Coast Guard Drive
Staten Island, NY 10305

Unit Name and Address

(718) 354 - 4248 · OFFICE
        4249 · FAX
        4088 · 24 HR.
        4096 · VTC FAX

Note: This report is for information only. Notice will be given if penalty action in initiated.

Exhibit E

\*U.S. GPO: 1991-515-287/40006

VESSEL COPY         014087 7530-01-GF3-1960

(11)

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

✳ *T V E* ✳

# UNITED STATES COAST GUARD
## VESSEL BOARDING REPORT

DATE: 21 SEP 00

VESSEL NAME: AMPHITRITE                    VESSEL TYPE: T/V

CALL SIGN: 9HJS5   GT: 41766   YEAR BUILT: 1986   FLAG: MT

BOARDING PORT: NYCMI                    PS CASE NUMBER: B0008207 ø

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | 8 | 5 | 4 | 3 |

| | Deficiency Description | Deficiency Citation | Action Taken or Required |
|---|---|---|---|
| 1) | PORT LIFEBOAT BRAKE RELEASE (2) FROZEN. | SOLAS REG. 11 CH. 1 | CORRECT TO SATISFACTION & CLASS PRIOR TO 22SEP00. |
| 2) | RETRO TAPE ON BOTH LIFEBOAT DETERIORATED. | SOLAS CH.1 REG.11 | CORRECT PRIOR TO 22SEP. 00. |
| 3) | PORT SIDE FORWARD LIFELINE STENCIL IS UNREADABLE | SOLAS CH.3 REG. 1.2.11 | CORRECT PRIOR TO ~~22SEP.00~~. |
| 4) | TEMP. REPAIRS HAVE BEEN MADE TO STBD. LIFEBOAT HULL. | SOLAS CH.1 REG.11 | CORRECT TO SATISFACTION & CLASS PRIOR TO 22SEP.00. |
| 5) | MAGNETIC COMPASS IN STEERING GEAR ROOM OUT OF CALIBRATION | SOLAS CH.5 REG.12 | CORRECT PRIOR TO 21OCT00. |

Copy delivered to: KAZEPIS VASILEIOS          MASTER
                    (Master/Mate Printed Name)        (Position)

Boarding Officer: JOHN H. DIETZE BM2 /R. L. Castillo      BM2 /R. L. Castillo
                    (Printed Name)                              (Signature)

COMMANDER, U.S. COAST GUARD
Activities New York
Port State Control (Vessels)      (718) 354 - 4248 - OFFICE
212 Coast Guard Drive                        4249 - FAX
Staten Island, NY  10305                      4088 - 24 HR.
                                              4096 - VTC FAX

Unit Name and Address

Note: This report is for information only. Notice will be given if penalty action in initiated.

*U.S. GPO: 1991 515-207/40006

034091

VESSEL COPY

7530-01-GF3-1960

(12)

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-5437 (8-86)

# UNITED STATES COAST GUARD
## VESSEL BOARDING REPORT

DATE: _23 Sep 00_

VESSEL NAME: _Amphitrite_                    VESSEL TYPE: _T/V_

CALL SIGN: _9HDJ5_    GT: _41766_    YEAR BUILT: _1986_    FLAG: _MT_

BOARDING PORT: _NY & NJ_                    PS CASE NUMBER: _PS 00082670_

| AREAS EXAMINED: | CARGO OPERATIONS | U.S. NAVIGATION SAFETY REGS | U.S. POLLUTION PREVENTION REGS | CERTIFICATES |
|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ |

| Deficiency Description | Deficiency Citation | Action Taken or Required |
|---|---|---|
| 1) _Provide Copy of Class_ _Report for the following Conditions_ | | _FAX class Report_ _to 718-354-4249_ |
| 2) _of Class:_ _a. Magnet Compass to_ | | |
| 3) _Steering gear room to be outboard_ _and fire card posted_ | | |
| 4) _b.) Starboard lifeboat to be_ _refloated and verified repaired_ | | |
| 5) _properly_ _c.) 3 in. Lifeboat such regt's_ _to be corrected._ | | |

Copy delivered to: _KAZEDIS_              _MASTER_
                  *(Master/Mate Printed Name)*              *(Position)*

Boarding
Officer: _____              _____
              *(Printed Name)*                  *(Signature)*

| Unit Name and Address | COMMANDER, U.S. COAST GUARD Activities New York Port State Control (Vessels) 212 Coast Guard Drive Staten Island, NY 10305 | (718) 354 - 4248 - OFFICE 4249 - FAX 4088 - 24 HR. 4096 - VTC FAX |
|---|---|---|

Note: This report is for information only. Notice will be given if penalty action in initiated.

014092

OWNER COPY                    7530-01-GF3-1960

13

10/07 01   TUE 18:10 FAX 30 1 8907672      MINERVA MARINE INC.                    ☒001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO            2069
        CONNECTION TEL           000871324874313
        CONNECTION ID
        ST. TIME           10/07 18:09
        USAGE T            00'57
        PGS. SENT          1
        RESULT             OK
```

VO2B

Jul 10 01 09:07a    James Spiliotes           201 - 886 - 8976      P.1

   Jul 10 01 10:18a    USCG                7183544249         P.1

J
SQ

**U.S. Department
of Transportation**

**United States
Coast Guard**

Commander
U.S. Coast Guard
Activities New York

212 Coast Guard Drive
Staten Island, N.Y. 10305
Staff Symbol: PCD
Phone: (718)354-4248
FAX: (718)354-4249

July 10, 2001

From:     U.S. Coast Guard Activities New York
          212 Coast Guard Drive
          Staten Island, NY 10305
          Port State Control Section

To:       WORLDWIDE MARINE SERVICES INC.
          P.O. Box 2016
          Fort Lee, NJ 07024
          Tel:   (201) 886-0861
          Fax:   (201) 886-8976

Attn:     Capt Jim Spiliotes

As per your request dated July 06, 2001, the T/V MINERVA ALEXANDRA may enter the Port
of New York with an expired Tank Vessel Examination letter and commence cargo operations,
in accordance with the USCG Marine Safety Manual Volume II Chapter 6.C.1.b. However, a full
Tank Vessel examination must be completed prior to departing the Port of New York.

If you have any questions, call the Vessel Arrivals Desk at (718) 354 4248, during work hours,
or (718) 354 4088 after work hours.

R.M. CASTILLO
Lieutenant Commander
U.S. Coast Guard
By direction

Exhibit F

Attention!   1 K 2

MIN 001522

V107



**MINERVA MARINE INC.**
141-143 Vouliagmenis Ave. & Aiolou Str.,
16673 Voula, Athens, GREECE
P.O.BOX 70845

**FAX MESSAGE**

DATE: 18-09-1998
REF:

---

If this fax has been sent to you in error or it has been received incomplete, please contact us immediately.

Number of pages including this one - -

---

To: WORLD WIDE MARINE SERVICES INC.
Attn: Capt Jimmy SPILIOTES
Fax Phone: 001-201-886-8976

From: OPERATIONS DEPT.

Phone: 8907570
Fax Phone: (01) 8907670

---

Text: **M/T SEAMUSIC III**

- A/M VSL NEEDS ABT 100MT FRESH WATER. PLS CHECK ADVISING AVAILABILITY IN NORTHPORT NY LILCO PLATFORM AND IN STAPLETON ANCHORAGE N.Y. AND PRICE PER M/T IN EACH ONE OF ABOVE PLACES

- PLS ADVISE IF YOU CAN PAY PILOT DUES FM ABROSE P/S TO STAPLETON ANCHORAGE FOR BUNKERING IN/OUT IN ORDER TO AVOID ADDITIONAL AGENCY FEES IF ABOVE PILOT DUES PAID BY AGENTS GENERAL STEAMSHIP.

- FYI WE ARE ARRANGING BUNKERING OF A/M VSL AT STAPLETON ANCHORAGE. WILL REVERT WITH QUANTITY AND SUPPLIER

**M/T MINERVA**

MASTER OF A/M VSL REQUESTS CASH TO MASTER US$ 15.000 AT BIGSTONE LIGHTERING AREA PLS ADVISE IF YOU CAN DELIVER SAME TO HIM IN ORDER REMIT SAME.

Exhibit G

BEST REGARDS

MIN 002251

---

Cables: MINERVA ATHENS Tel: 8907500 (30 D.I.D lines). For direct access to following departments please dial: Chartering 8907530 / Operations 8907570 / Technical 8907540 / Safety and Quality 8907560 / Purchasing 8907620 / Marine Personnel 8907640 / Insurance 8907590 / Accounts 8907600. Telex:All departments 214544/214545 MIMA GR.
E m a i l :   m i n e r v a @ t h e n a m a r i s . g r   •   C O M T E X T   E - M A I L :   A 5 4 G R 1 0 1

②

NOV-03-98 18:29   WORLDWIDE MARINE SERVICES 201 886 8976        P.01



# WORLDWIDE MARINE SERVICES INC.
### SHIP'S AGENTS & BROKERS
## MARINE TECHNICAL & ENVIRONMENTAL CONSULTANTS

Captain J. Spiliotes          Phone (201) 886-0861      Pager (201) 698-1734        Mailing Address:
USCG Lic. Master Mariner      Fax (201) 886-8976        Telex: 6505969944            P.O. Box 2018
Unlimited                                                                           Fort Lee, N.J. 07024, USA

PLEASE NOTE:    The information contained in this facsimile message may be privileged and confidential, this message is intended only for the use the
individual named below, and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby
notified that any discrimination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, or if any
problem occurs with transmission please notify us immediately by telephone (201) 886 - 0861.          Thank you.

November 3 1998

NAME:                 MINERVA MARINE INC.
ATTENTION:            Captain Nicholas Chr. VEZIRTZIS
RE:                   M/T MINERVA
CITY/COUNTRY:         Voula - Athens - Greece
TELEFAX NO.:          011 - 301 - 8907 - 569
FROM:                 Captain Jim Spiliotes
TOTAL NO. OF PAGES (INC. THIS PAGE) Two (2)

Captain Niko Kalimera
As per our telecom, earlier today, and also as per attached FAX copy
received from Mr. Desmond of  Ken Norton Marine, the Agents -
Metropolitan Pilot Jim Norton, and Petrobras, are planing to lighter vessel to
31' @ Stapleton Anchorage, and as per their calculations the airdraft will be
130.84 feet. They Plan to Pass under the Brooklyn Bridge at low water at
0410 hrs of 11/7/98.
I refer this matter to you because in my opinion you cannot play with tens of
an inch when you are transiting under a Bridge and also because the
Maximum Airdraft to Pass under the Brooklyn Bridge is 127' feet @ MHSW ,
and the tide at this Point is 3' feet (as per dispatcher of Moran tugs) then at
low water the airdraft to pass under the Bridge will be 130' feet, therefore she
cannot make it. But even if the tide is 4' feet she still cannot make it at low
water.
I am expecting Metropolitan Pilot Mr. Jim Norton to call me back late tonight
and discuss this further (because now he is aboard another vessel) and I'll
advise you about it in the morning.


Kind/Regards
Captain Jim
                                                                        Exhibit H

JS/jj

Liquid Cargo Transfer supervision · Petroleum Loss Control / Expediters · Outturn & B/L Surveys · Rob's · Lighterings · IGS/COW · Oil Pollution Prevention studies · Deadweight · Condition · On/Off Hire ·
Charter Party Compliance · P&I Investigations · Draft Surveys · Expert Testimony in Arbitration and court Litigation · Cargo calculations · Grain · Ore · Scrap · Ship repairs and maintenance arrangements ·
Pre-Purchase Surveys · Owners Representative · Port Captain Services · Contingency Response Plans OPA/90 · Q.I. OPA/90.
CONSULTANT SERVICES TO SHIP OWNERS & FLEET OPERATORS.

MIN 001575



**WORLDWIDE MARINE SERVICES INC.**
*SHIP'S AGENTS & OPERATORS*
*MARINE TECHNICAL & ENVIRONMENTAL CONSULTANTS*

300 Winston Towers, L22
Cliffside Park, N.J. 07010
USA

| | | | |
|---|---|---|---|
| Captain J. Spiliotes | Phone (201) 886-0861 | Mobile Phone (201) 315-9473 | **Mailing Address:** |
| USCG Lic. Master Mariner | Fax (201) 886-8976 | Telex: 6505969944 | P.O. Box 2016 |
| Unlimited | | | Fort Lee, N.J. 07024, USA |

September 7 2000

## SURVEY REPORT TKR # 1470/2000

VESSEL:     M/T MINERVA ALEXANDRA - VOYAGE # 8

EXAMINED FOR:   The Account of whom it may concern.

SURVEY REQUESTED BY:     Captain John Zigiris
                         MINERVA MARINE INC.
                         141-143 Vouliagmenis & Aiolou str.
                         Voula 16673 - Athens - Greece

SURVEY LOCATION:         Bigstone Anchorage Del. & Motiva
                         Terminal Del. City
------------------------------------------------------------
1.                       **S H I P M E N T**

As per attached copy of B/L, the following grade and quantity of
cargo were loaded aboard at the port of St. Eustacius on August
26/00.

ARAB MEDIUM CRUDE    528,071 NET BBLS @ 60 Degrees Fahr.

------------------------------------------------------------
**N O T E :**

(a) As per Loading port attached vessel's ship's figures, the
Loading at
St. Eustacius was as follows:

| | |
|---|---|
| Vessel's OBQ | 84.91 |
| Vessel after Loading | 529,405.8 |
| Vessel received | 529,320.9 |
| B/L Quantity | 528,071 |
| Vessel over B/L | 1249.89 |

The Master did not protested to the shore loading terminal the
above discrepancy.

We understand that the charterers requested " No heating".          Exhibit I

Liquid cargo Transfer supervision - Petroleum Loss Control / Expediters - Outturn & B/L Surveys - Rob's - Lighterings - IGS/COW - Oil Pollution Prevention studies - Deadweight - Condition - On/Off Hire - Charter Party Compliance - P&I Investigations - Draft Surveys - Expert Testimony in Arbitration and court Litigation - Cargo calculations - Grain - Ore - Scrap - Ship repairs and maintenance arrangements - Pre-Purchase Surveys - Owners Representative - Port Captain Services - Contingency Response Plans OPA'90 - O.I. OPA'90.

MIN 001448

Survey Report 1470/00
M/T MINERVA ALEXANDRA
Page #2

We certify that we were in continuous attendance aboard the above
named vessel on August 30, 31, & September 1, 2, 3, and 4th at the
above named location in order to assist and recommend methods and
procedures during discharge, and to ascertain quantities aboard,
prior to and at completion of discharge, observe discharge rates
and rail pressures, and issue proper certificates on completion of
discharge.
Furthermore we expedited operations, controlled and prevented any
loss of the liquid cargo and protested all discrepancies.


2.                    VESSEL'S PARTICULARS

Registry              Valletta
Build                 Korea - 2000
LOA                   243.8 m
LBP                   233   m
Breadth               42.0  m
Summer Draft          12.011 m
Summer Deadweight     79997 M/T


Vessel has (12) twelve cargo oil tanks, (2) two slop tanks,  .
She is also equipped with (3) cargo oil Pumps at 2800 M3 per hour
each and one (2) water ballast pump at 1500 M3 per hour, and one
steam stripper at 500 M3 per hour. She is also equipped with (1)
one stripping eductor at (400) M3 capacity.  The segregated
Ballast tanks of the vessel are from # 1 to # 4 Port and stbd
skin Ballast tanks, the F/P and A/P. The Location of Engines and
Bridge are aft.


                     TIME  LOG

                 August 30th 2000

1230:EOSP - Arrival Cape Henlopen
1300:Pilot Ms. Michelle Musto aboard. - Proceeding.
1430:Let go stbd Anchor @ Bigstone Anchorage.- N.O.R. Tendered.
1440:Pilot away
1445:Port Officials aboard.
1515:In company with SGS Tom Moore, Chief mate,and T.Kim of General
Maritime we commenced cargo tank Inspection.
1600:Port Officials away.
1610:Finished tank Inspection & commenced calculations.
1640:Finished calculations. As per attached SGS Ullage report,
total cargo aboard:            529,219.12  GSV  Bbls.
Vessel after loading in Statia  529,405.8  GSV  Bbls
Loading over Discharge Ports:      186.68  GSV  Bbls

MIN 001449

**NOTE:** Please note that winds force (5) five, were prevailing during ullaging at Bigstone Anchorage and vessel was rolling easily.

1720:Surveyors away. Vessel at Anchor, awaiting orders.
2400:No cargo activity. Awaiting orders.

### August 31st 2000

0000:No cargo activity. Awaiting orders.

2400:No cargo activity. Awaiting orders.

### September 1st 2000

0000:No cargo activity. Awaiting orders.
2220:Maritrans coordinator Mr. Randy Johnson aboard.
2330:Barge Maritrans 300, all fast P/S to the vessel.
2400:2X10" hoses connected.

### September 2nd/00

0012:Commenced Lightering into Barge Maritrans 300.
0406:Finished Lightering into Barge  Maritrans 300.
0424:2X10" hoses off.
0450:Barge 300 away.
0920:DNV/ISM Inspector Mr. Waloon aboard.
0930:Commenced ISM Inspection. - SGS Gauger aboard.
0950:C/cargo tank Inspection.
1025:F/tank Inspection & c/calculations.
1050:F/Calculations.As per attached report ROB cargo 383445.4 GSV
1100:SGS Gauger away.
1800:DNV/ISM Inspector away.
2235:River Pilot S. Saunders aboard.
2245:SBE
2300:C/heaving-up the Anchor
2310:Anchor aweigh Proceeding.

### September 3rd/00

0430:Docking Pilot Quillen aboard.
0530:Turecamo Tugs assisting
0545:First Line ashore
0630:Shore Gangway aboard.
0640:Tugs and Pilot away.
0650:All fast port side to berth A, Motiva Terminal Delaware.
0700:C/cargo tank Inspection by SGS Jim Williams.
0742:F/tank Inspection and c/calculations.
0800:F/calculations. As per  attached  SGS  report: 383354.007 GSV Bbls aboard.
0820:2X12" hoses connected. Awaiting shore readiness.
0820:c/Bunkering by barge alongside.

MIN 001450

0910:COMMENCED DISCHARGING CARGO. to Motiva Terminal.

1050:Completed Bunkering. Received: 807.072 M/T

### September 4th/00

0045:Completed Discharging cargo. commenced cargo tank Inspection.
0125:Finished cargo tank Inspection & c/calculations.
0145:F/calculations.As per attached report total ROB's 300.3 Bbls Non-Liquid.
0210:2X12 hoses off.
0300:Pilot aboard. commenced singling-up fore and aft.
         WE GOT OFF THE VESSEL AND REMAINED AT THE DOCK AREA.
0320:Last line aboard Vessel Un-berthed.
         WE DEPARTED DOCK AREA, AND HEAD FOR N.J. (HOME)

0450:While driving on the Turnpike, we received a cell call from the Master and requested our return to the vessel because vessel had touched bottom at the Delaware river.
0930:We were back aboard the vessel and we coordinate for the attendance of USCG, ABS, Randive Divers.

1200:USCG Lt. LItke and CWO B.Warzlavek. - ABS Pat Finley - and diver Bob Ross aboard.
1310:c/alcohol test of the crew.
1330:Diver Bob Ross over the side and commenced under water Inspection of the vessel.
1410:Diver off the water." NO UNDERWATER DAMAGE NOTED AND ONLY MUD ON THE PORT SIDE OF THE VESSEL WAS NOTICED"
ATTACHED PLEASE FIND RANDIVE INC. INSPECTION REPORT REGARDING THE TOUCHDOWN OF THE VESSEL.

1530:All boarding Party away.

1630:Pilot aboard and commenced heaving - up the Anchor.
We departed vessel.

1650:Anchor aweigh. Vessel proceeding Outbound.

### R O B SURVEY

9/4/00 @ 0045 hrs: The ship's Officers stopped discharging cargo saying that no additional cargo can be pumped out with the ship's equipment. In company with the SGS Gauger and Gen. Maritime Corp. and Terminal representatives and the vessel's chief Mate, and Pumpman, we commenced tank Inspection for ROB's.

9/4/00 @ 0145 hrs: Finished Cargo Tank Inspection and commenced calculations.

Tabulated below are our findings of those gaugings together with our comments on the quality of the material. The Trim of the vessel at the time of the ROB Inspection was 3.00 meters by the stern.

| Tank # | Innage Inches | TOV M3 | Remarks |
|--------|---------------|--------|---------|
| 1P | 0 | 0 | 0 |
| 1S | 0 | 0 | 0 |
| 2P | 1 | 4 | Non-Liquid |
| 2S | 1 | 4.5 | Non-Liquid |
| 3P | 3 | 11.5 | Non-Liquid |
| 3S | 1 | 4.2 | Non-Liquid |
| 4P | 0 | 0 | 0 |
| 4S | 0 | 0 | 0 |
| 5P | 0 | 0 | 0 |
| 5S | 0 | 0 | 0 |
| 6P | 3 | 11.2 | Non-Liquid |
| 6S | 3 | 10.9 | Non-Liquid |
| Port/Slop | 4 | 1.45 | Non-Liquid |
| Stbd/Slop | 0 | 0 | 0 |

| | | |
|---|---|---|
| LIQUID HYDROCARBONS | 00.00 | Zero |
| NON-LIQUID HYDROCARBONS | 300.3 BBLS | |
| TOTAL ROB'S | 300.3 BBLS | NON-LIQUID BBLS |

**NOTE:1)  We determined the Quality of ROB's as follows:
If the bob was dripping, then is liquid, if the bob was not dripping, then is non-Liquid.**

**The ROB's/OBQ's relation logistics as per our observations were recorded as follows:**

| | |
|---|---|
| **OBQ'S at loading Port** | **84.91 BBLS** |
| **ROB's at Discharge Port** | 300.3 BBLS |
| **ROB'S OVER OBQ,S** | 215.39 BBLS |

After completion of the ROB tank Inspection, the undersigned gave the
SGS Gauger Mr. Jim Williams and the Gen.Maritime TK Kim,
the opportunity to Inspect any other areas aboard that they felt needed to be Inspected, to determine whether any additional ROB cargo was present. They both declined my invitation, and no further Inspections were made.

As indicated in this report, we could find no fault on the part of the vessel or crew, which negatively affected the ROB'S.

In general, the vessel performed very well during discharge operations and the officers and crew exhibited the knowledge and experience required to perform duties as prescribed.


This report is issued without prejudice and it is understood that any action taken by us, is not to be construed as abrogating any defense of parties concerned.


WORLDWIDE MARINE SERVICES INC.

by: Captain Jim Spiliotes
USCG Licensed Master Mariner Unlimited
First Class Pilot of New York Harbor
and Bahia de San Juan P.R.
Independent Marine & Cargo Surveyor
Petroleum Loss Control/Expediter

JS/bj

MIN 001453

SQ/TE.

## *SURVEY INFORMATION*

*Vessel:* m/t .minerva Alexandra
*Location:* Bigstone Anchorage, Del.
*Date:* 9-4-00

*Surveyors Name:* PAt FinLey
*Classification:* ABS
*Type of Survey:* Grounding Survey

*Surveying Diver:* Robert Ross
*Tender:* Tony Betancourt
*TV Technician:* —



RANDIVE, INC.
COMMERCIAL DIVING SERVICES
SINCE 1959
1160 STATE STREET
PERTH AMBOY, NEW JERSEY
TEL:732-324-1144   FAX: 732-324-1555

MIN 001473

MIN 001483





# *Randive Inc.*

## COMMERCIAL DIVING SERVICES

1160 State Street, Bldg. 5A • Perth Amboy, NJ 08861
Tel. (732) 324-1144 • Fax: (732) 324-1555
e-mail: Randive@msn.com



MEMBER

ADC

Association
of Diving
Contractors

## ACKNOWLEDGMENT/DIVERS REPORT

| | |
|---|---|
| DATE DIVE PERFORMED: 9-4-00 | DIVE PERFORMED BY: Robert Ross |
| LOCATION: Big Stone Anchorage, DE | DIVE TENDED BY: Tony Betancourt |
| COMPANY REQUESTING DIVE: Minerva Marine | DIVE CONDUCTED FROM: Big Stone Express |
| DIVE WITNESSED BY: Capt / ABS / USCG | TIME STARTED: 0800    TRAVEL TIME: 6½ |
| UNDERWATER VISIBILITY: 8-10' | TIME FINISHED:         TOTAL HOURS: |

TYPE OF WORK PERFORMED: U/W Groundings Survey on the
M/T Minerva Alexandra

REMARKS: World Wide Ship Agency

DIVERS REPORT:

The dive team was Requested to conduct an U/W Survey on the M/T "Minerva Alexandra", Please refer to Survey Report.

AUTHORIZED SIGNATURE: _____   COMPANY NAME:

*The abovesigned hereby acknowledges the satisfactory completion of the professional services rendered by Randive Inc. as described above.*

MIN 001484